■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMIE ALTMAN, Appellant. [29 NYS3d 219]—Appeal from an order of the Monroe County Court (Douglas A. Randall, J.), entered March 2, 2015. The order, insofar as appealed from, issued superceding orders of protection.

It is hereby ordered that said appeal is unanimously dismissed (*see* CPL 450.10; *People v Whalen*, 49 AD3d 916 [2008], *lv denied* 10 NY3d 940 [2008]). Present—Centra, J.P., Peradotto, Carni, Curran and Troutman, JJ.

■ In the Matter of ROBERT BLASZAK, Respondent, v MELISSA BLASZAK, Respondent. DAVID H. FRECH, ESQ., Attorney for the Children, Appellant. [29 NYS3d 220]—Appeal from an order of the Family Court, Erie County (Kevin M. Carter, J.), entered November 10, 2014 in a proceeding pursuant to Family Court Act article 6. The order, among other things, set forth a schedule with respect to the parties' access to the subject children.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on April 11, 2016,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Centra, J.P., Peradotto, Carni, Curran and Troutman, JJ.